# EXHIBIT A

**Stathis & Leonardis, L.L.C.**
32 South Main Street
Edison, New Jersey 08837
(732) 494-0600 File No.: 22-5271GAS
Attorney ID No.: 029361988
Gregory A. Stathis, Esq.
Attorney for Plaintiff, Ida Everett

| | |
|---|---|
| IDA EVERETT, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, a business entity; KIMCO NORTH BRUNSWICK 617, INC., a business entity; JOHN DOES (1-10), fictitiously named individuals and ABC COS. (1-10) fictitiously named business Entities<br><br>Defendant(s). | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION<br>: MIDDLESEX COUNTY<br>: DOCKET NO.: MID-L-6966-23<br><br>**SUMMONS** |

From the State of New Jersey, To the Defendant(s) Named Above: **WALMART**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written Answer or Motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this Summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153 deptyclerklawref.pdf.) If the Complaint is one in foreclosure, then you must file your written Answer or Motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your Answer or Motion when it is filed. You must also send a copy of your Answer or Motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written Answer or Motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written Answer or Motion within 35 days, the Court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services Office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal

Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

*Michelle M. Smith*
Clerk of the Superior Court

Date: December 12, 2023

Name of Defendant to be served: Walmart

Address of the Defendant to be served: 979 US-1
North Brunswick, NJ 08902

**Stathis & Leonardis, L.L.C.**
32 South Main Street
Edison, New Jersey 08837
(732) 494-0600 File No.: 22-5271GAS
Attorney ID No.: 029361988
Gregory A. Stathis, Esq.
Attorney for Plaintiff, Ida Everett

| | |
|---|---|
| IDA EVERETT, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, a business entity; KIMCO NORTH BRUNSWICK 617, INC., a business entity; JOHN DOES (1-10), fictitiously named individuals and ABC COS. (1-10) fictitiously named business Entities<br><br>Defendant(s). | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION<br>: MIDDLESEX COUNTY<br>: DOCKET NO.:<br><br>**COMPLAINT & JURY DEMAND** |

Plaintiff, Ida Everett, residing in the County of Somerset and State of New Jersey by way of Complaint against the defendants does say:

**FIRST COUNT**

1.) On or about October 17, 2022 and for a long period prior thereto, the defendant, KIMCO North Brunswick 617, Inc., were the owners and/or actually in control of certain business premises commonly known as the Walmart located at or near 979 Route 1 in the Township of North Brunswick, County of Middlesex and State of New Jersey.

2.) The defendants, KIMCO North Brunswick 617, Inc. and/or Walmart, individually and/or through their respective agents, servants, and/or employees, John Does (1-10) and/or ABC Cos. (1-10) were responsible for the ownership, management, maintenance, inspection, repair, cleaning, control, supervision and/or security of the premises in question and more particularly the flooring located within the premises.

3.) On the above date, the plaintiff, Ida Everett, was a patron and business invitee at the defendant's premises commonly known as Walmart located at or near 979 Route 1 in the Township of North Brunswick, County of Middlesex and State of New Jersey.

4.) The defendants, KIMCO North Brunswick 617, Inc. and/or Walmart, individually and/or through their respective agents, servants, and/or employees were negligent in failing to properly own, manage, maintain, inspect, repair, clean, control, supervise and/or secure the aforementioned premises such that the above referenced defendants allowed to exist a dangerous and hazardous condition on its floor after the respective defendants knew or reasonably should have known of the existence of said dangerous and hazardous condition and failed to properly warn its business invitees including the plaintiff, Ida Everett, of the presence of said dangerous and hazardous condition.

5.) As a direct and proximate result of the aforesaid negligence and carelessness of the defendants, KIMCO North Brunswick 617, Inc. and/or Walmart, the plaintiff, Ida Everett, did sustain injuries. She has suffered great pain of mind and body

and will continue to so suffer in the future. She has been prevented from attending her normal and usual activities and affairs and has been otherwise damaged. She has incurred medical expenses in an attempt to cure herself of said injuries and will incur future medical expenses due to the permanent nature of the injuries sustained.

**WHEREFORE**, the plaintiff, Ida Everett, does hereby demand judgment against the defendants, KIMCO North Brunswick 617, Inc. and/or Walmart, jointly and severally for compensatory damages together with interest, cost of suit, attorney's fees, medical expenses and such other relief as the Court may deem appropriate.

**SECOND COUNT**

1.) The plaintiff, Ida Everett, repeats and realleges each and every paragraph of the First Count as if same was set forth herein at length.

2.) The plaintiff has designated herein John Does (1-10) and ABC Cos. (1-10) to respectively represent any other persons and/or business entities who are otherwise responsible for the damages suffered by the plaintiff, Ida Everett, herein and who are otherwise responsible for her damages.

3.) The plaintiff, Ida Everett, reserves her right to amend this Complaint to implead such persons and/or business entities should the identity or liability of same be revealed during the course of discovery herein.

**WHEREFORE**, the plaintiff, Ida Everett, does hereby demand judgment against the defendants jointly and severally for compensatory damages together with interests and costs of suit.

## JURY DEMAND

The plaintiff does hereby demand a trial by jury of six (6) persons on all issues so triable.

## DESIGNATION OF TRIAL COUNSEL

Sean M. Mahoney, Esq. is hereby designated as trial counsel.

## CERTIFICATION

The undersigned certifies as to the best of his knowledge and belief there is not pending any other action which arises from the incident alleged in the Complaint or which involves the parties to this action.

Date: December 12, 2023

By: Gregory A. Stathis, Esq.

# Civil Case Information Statement

**Case Details: MIDDLESEX | Civil Part Docket# L-006966-23**

**Case Caption:** EVERETT IDA VS WALMART
**Case Initiation Date:** 12/12/2023
**Attorney Name:** GREGORY A STATHIS
**Firm Name:** STATHIS & LEONARDIS
**Address:** 32 SOUTH MAIN STREET
EDISON NJ 088370000
**Phone:** 7324940600
**Name of Party:** PLAINTIFF : Everett, Ida
**Name of Defendant's Primary Insurance Company**
(if known): None

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO
**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: Ida Everett?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO
**If yes, is that relationship:**
**Does the statute governing this case provide for payment of fees by the losing party?** NO
**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO **Title 59?** NO **Consumer Fraud?** NO
**Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

12/12/2023
Dated

/s/ GREGORY A STATHIS
Signed

# Directory of Superior Court Deputy Clerk's Offices
# County Lawyer Referral and Legal Services Offices

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice
1st Fl., Suite 150
101 South 5th Street
Camden, NJ 08103
LAWYER REFERRAL
(856) 482-0618
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street
P.O. Box 10
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 696-5550
LEGAL SERVICES
(856) 691-0494

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House--1st Floor
583 Newark Ave.
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 236-6109
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Middlesex Vicinage
2nd Floor - Tower
56 Paterson Street, P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
P.O. Box 1269
Freehold, NJ 07728-1269
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Morris County Courthouse
Civil Division
Washington and Court Streets
P. O. Box 910
Morristown, NJ 07963-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
118 Washington Street, Room 121
P.O. Box 2191
Toms River, NJ 08754-2191
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
Attn: Civil Case Management Office
92 Market Street
Salem, NJ 08079
LAWYER REFERRAL
(856) 935-5629
LEGAL SERVICES
(856) 691-0494

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, N.J. 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(908) 859-4300
LEGAL SERVICES
(908) 475-2010